UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN CLAY,

       Plaintiff,                             Case No. 2:09-CV-209

v.                                        HON. GORDON J. QUIST

DAVID ISARD, et al.,

       Defendants.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Petitioner on January 6, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 6, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (docket no. 6) is **DENIED**.

Dated: February 10, 2010                                     /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE