UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN CLAY,

        Plaintiff,  Case No. 2:09-CV-209

v.  Hon. Gordon J. Quist

DAVID ISARD, et al.,

        Defendants.
        _____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on January 31, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 31, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Isard's Motion for Summary Judgment (docket no. 31) is **GRANTED**, and Plaintiff's Motion For Directed Verdict (docket no. 37) is **DISMISSED AS MOOT**. Plaintiff's claims are **dismissed with prejudice**.

This case is **concluded**.

Dated: March 1, 2011          /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE